FILED

2017 JUN -7 PM 12: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 17- 00100 |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 922(o)(1): Possession of Machineguns] |
| ALAN BRUCE PICHEL, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about February 19, 2017, in San Bernardino County, within the Central District of California, defendant ALAN BRUCE PICHEL ("PICHEL") knowingly possessed in a vehicle at 14800 Seventh Street, Victorville, California, ammunition, namely, approximately 1000 rounds of 9 mm caliber ammunition manufactured by Tula Cartridge Works and Speer, in and affecting interstate and foreign commerce.

Such possession occurred after defendant PICHEL had been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Felony Vandalism, in violation of

California Penal Code Section 594(b)(1), in the Superior Court of the State of California, County of San Bernardino, case number FVI021885, on or about August 12, 2005.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about February 19, 2017, in San Bernardino County, within the Central District of California, defendant ALAN BRUCE PICHEL ("PICHEL") knowingly possessed at a residence located at 10895 Mono Road, Victorville, California, the following firearms, in and affecting interstate and foreign commerce:

1.    A Ruger, model 10/22, .22 caliber rifle, bearing serial number 11841256;

2.    A Harrington & Richardson, model 490, 20-gauge shotgun, bearing serial number AM338161;

3.    A Ruger, Mini 14, .223 caliber rifle, bearing serial number 18061810;

4.    A Remington, model 870, 12-gauge shotgun, bearing serial number 1187975V;

5.    A Remington, model 770, .30-06 caliber rifle, bearing serial number 71431311;

6.    A Ruger, model 10/22, .22 caliber rifle, bearing serial number 25884950;

7.    A Springfield, model 83, .22 caliber rifle, bearing no visible serial number;

8.    A Sig Sauer, model 522, .22 caliber rifle, bearing serial number 32AO14833;

9.    A Ruger, model SP101, .357 magnum caliber revolver, bearing serial number 57327790;

10.   A Smith and Wesson, .38 Special caliber revolver, bearing serial number BRH1162;

11.   An Anderson Manufacturing, completed lower receiver, model AM15, bearing serial number 0714021648;

12.   An Anderson Manufacturing, completed lower receiver, model AM15, bearing serial number 0714021649;

13.   An Anderson Manufacturing, completed lower receiver, model AM15, bearing serial number 0714021652;

14.   An Anderson Manufacturing, completed lower receiver, model AM15, bearing serial number 0714021650;

15.   An Anderson Manufacturing, completed lower receiver, model AM15, bearing serial number 014343F14; and

16.   An Anderson Manufacturing, completed lower receiver, model AM15, bearing serial number 0714021651.

Such possession occurred after defendant PICHEL had been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Felony Vandalism, in violation of California Penal Code Section 594(b)(1), in the Superior Court of the State of California, County of San Bernardino, case number FVI021885, on or about August 12, 2005.

COUNT THREE

[18 U.S.C. § 922(o)(1)]

On or about February 19, 2017, in San Bernardino County, within the Central District of California, defendant ALAN BRUCE PICHEL knowingly possessed machineguns, as defined in Title 26, United States Code, Section 5845(b), namely, seven lower receivers milled to machine gun specifications, model unknown, caliber unknown, bearing no serial numbers.

A TRUE BILL

/s/

Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

DEANA L. BOHENEK
Special Assistant U.S. Attorney
Riverside Branch Office