```
SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
AMY E. POMERANTZ (Cal. Bar No. 275691)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0730
     Facsimile: (213) 894-0141
     E-mail:   amy.pomerantz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 17-00100-RGK |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNT THREE AND PORTIONS OF COUNT TWO OF THE INDICTMENT |
| v. | |
| ALAN BRUCE PICHEL, | |
| Defendant. | Hearing Date: January 22, 2018<br>Hearing Time: 1:30 p.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney Amy Pomerantz, hereby files its Response to Defendant ALAN BRUCE PICHEL's Motion to Dismiss Count Three and Portions of Count Two of the Indictment.

On December 18, 2017, defendant filed the instant Motion, requesting that the Court dismiss Count Three and portions of Count Two in the Indictment.

///

The government does not intend to pursue these charges and therefore does not oppose defendant's Motion.

Dated: December 26, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
AMY E. POMERANTZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA