UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | ED CR 17-00100-RGK |
| Date | January 30, 2018 |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| Sharon L. Williams | Sandra MacNeil | Amy Pomerantz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ALAN BRUCE PICHEL | X | | X | Deborah Gonzalez, DFPD | X | X | |

T/N Alan Bruce Pichel, Jr.

**Proceedings:**  **COURT TRIAL (NOT HELD)/CHANGE OF PLEA**

X   Defendant moves to change plea to the Indictment.

X   Defendant sworn.

X   Defendant enters new and different plea of GUILTY to Count 1.

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to June 11, 2018 at 1:30 p.m. for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before May 7, 2018.

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X   Terms of bond to remain pending sentencing.

|  | : | 15 |
|---|---|---|
| Initials of Deputy Clerk | slw | |

cc: USPO